Filed 4/8/14  In re R.O. CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### THIRD APPELLATE DISTRICT

(San Joaquin)

----

| | |
|---|---|
| In re R.O., a Person Coming Under the Juvenile Court Law. | C074785 |
| THE PEOPLE, | (Super. Ct. No. 69779) |
| Plaintiff and Respondent, | |
| v. | |
| R.O., | |
| Defendant and Appellant. | |

The minor R.O., a student at Tokay High School, attacked a classmate after class by striking him two times.  The victim sustained a fracture to his left mastoid and a mild concussion.

The minor admitted an allegation in a delinquency petition (Welf. & Inst. Code, § 602) that he committed misdemeanor battery with serious bodily injury (Pen. Code, § 243, subd. (d)).  At a contested disposition hearing, the juvenile court found the minor a

1

ward of the court, placed him on one year of formal probation, and released him to his mother's custody.

The minor appeals.

We appointed counsel to represent the minor on appeal. Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436; *In re Kevin S.* (2003) 113 Cal.App.4th 97, 119 [*Wende* procedure applies to appeals in juvenile delinquency cases].) The minor was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from the minor. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to the minor.

DISPOSITION

The order of the juvenile court is affirmed.

                                                                     NICHOLSON      , J.

We concur:


      RAYE            , P. J.


      ROBIE          , J.